IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH FRAKER, as an individual consumer, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br>　v.<br><br>BAYER CORPORATION, an Indiana Corporation,<br><br>　　　　　Defendant. | 1:08-CV-1564  AWI GSA<br><br>ORDER SETTING TIME TO FILE AMENDED COMPLAINT OR ALTERNATIVELY TAKING MATTER UNDER SUBMISSION |

　　　Currently pending before the Court are Defendant's Rule 12(b)(6) and Rule 12(f) motions. Hearing on these matters is set for June 8, 2009. On May 25, 2009, Plaintiff filed a response to the motions in which she explained her intention of filing an amended petition through Rule 15(a)(1)(A), which allows a party to amend a pleading once as a matter of course before being served with a responsive pleading. Defendant has filed no reply. Plaintiff has the right to file an amended complaint under Rule 15, but she has yet to do so.

　　　Accordingly, IT IS HEREBY ORDERED that:

1. The June 8, 2009, hearing is VACATED and the parties shall not appear at that time;

2. Plaintiff is to file her amended complaint on or by June 8, 2009;

3. If Plaintiff does not file an amended complaint the Court will take the Defendant's motions under submission as of June 9, 2009, and thereafter issue a ruling without an opposition from Plaintiff.

IT IS SO ORDERED.

Dated:　　June 4, 2009　　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE