UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEBORAH FRAKER**, as an individual consumer, and on behalf of all others similarly situated,<br>       *Plaintiff,*<br>*v.*<br>**BAYER CORPORATION**, an Indiana corporation,<br>       *Defendant.* | Case No.: 1:08-cv-01564-AWI-GSA<br><br>**ORDER ON STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT**<br><br>*Class Action*<br>*Jury Trial Requested* |

**HAVING CONSIDERED** the stipulation of the parties, and finding good cause for the relief sought therein,

**IT IS HEREBY ORDERED:**

That Plaintiff's deadline to file her first amended complaint shall be extended to no later than June 12, 2009.

IT IS SO ORDERED.

Dated:   **June 17, 2009**                          /s/ Anthony W. Ishii

                                                                CHIEF UNITED STATES DISTRICT JUDGE