SHIRLI F. WEISS (Bar No. 079225)
JULIE L. HUSSEY (Bar No. 237711)
RYAN T. HANSEN (Bar No. 234329)
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

E-mail: shirli.weiss@dlapiper.com
E-mail: julie.hussey@dlapiper.com
E-mail: ryan.hansen@dlapiper.com

Attorneys for Defendant
BAYER CORPORATION

Harold M. Hewell (Bar No. 171210)
Hewell Law Firm
402 W. Broadway, Fourth Floor
San Diego, California 92101
Tel: 619.235.6854
Fax: 619.235.9122

E-mail: hmhewell@hewell-lawfirm.com

Attorney for Plaintiff
DEBORAH FRAKER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH FRAKER, as an individual consumer, and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>BAYER CORPORATION, an Indiana corporation,<br><br>   Defendant. | CASE NO. 1:08-CV-01564-AWI-GSA<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action is dismissed with prejudice, with each party to bear its own costs.

Dated:  November 4, 2009

                                       HEWELL LAW FIRM

By /s/ Harold Hewell (as authorized on November 4, 2009)
    HAROLD M. HEWELL
    Attorneys for Plaintiff
    DEBORAH FRAKER

Dated:  November 4, 2009

                                       DLA PIPER LLP (US)

By /s/ Julie L. Hussey
    JULIE L. HUSSEY
    Attorneys for Defendant
    BAYER CORPORATION