1

2

3

4

5

6

7            **IN THE UNITED STATES DISTRICT COURT FOR THE**

8                      **EASTERN DISTRICT OF CALIFORNIA**

9

10    DEBORAH FRAKER, as an individual            )      NO. 1:08-CV-01564-AWI-GSA
      consumer, and on behalf of all others       )
11    similarly situated,                         )      ORDER TO DISMISS
                                                   )
12                          Plaintiff,             )
                                                   )
13            v.                                   )
                                                   )
14    BAYER CORPORATION, an Indiana               )
      corporation,                                 )
15                                                 )
                            Defendant.             )
16    _____ )

17

18         Having considered the Parties' Stipulation to Dismiss, and good cause appearing,

19         IT IS HEREBY ORDERED that Plaintiff Deborah Fraker's complaint is dismissed with

20    prejudice.  Each party will bear its own costs.

21

22

23    IT IS SO ORDERED.

24    **Dated:    November 5, 2009**              _____/s/ Anthony W. Ishii_____
                                                   CHIEF UNITED STATES DISTRICT JUDGE
25

26

27

28